## ENTITY INFORMATION

### ENTITY INFORMATION

| | | | |
|---|---|---|---|
| **Entity Name:** | U-HAUL HOLDING COMPANY | **Entity Number:** | C936-1969 |
| **Entity Type:** | Domestic Corporation (78) | **Entity Status:** | Active |
| **Formation Date:** | 04/09/1969 | **NV Business ID:** | NV19691000843 |
| **Termination Date:** | Perpetual | **Annual Report Due Date:** | 4/30/2023 |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| **Name of Individual or Legal Entity:** | C T CORPORATION SYSTEM | **Status:** | Active |
| **CRA Agent Entity Type:** | | **Registered Agent Type:** | Commercial Registered Agent |
| **NV Business ID:** | NV20191497453 | **Office or Position:** | |
| **Jurisdiction:** | DELAWARE | | |

|  |  |
|---|---|
| **Street Address:** | 701 S CARSON ST STE 200, Carson City, NV, 89701, USA |
| **Mailing Address:** | |
| **Individual with Authority to Act:** | MATTHEW TAYLOR |
| **Fictitious Website or Domain Name:** | |

## OFFICER INFORMATION

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Secretary | Laurence J De Respino | 2721 N Central Avenue, Phoenix, AZ, 85004, USA | 04/19/2022 | Active |
| Other/ | Wesley Chadwick | 2721 N Central Avenue, Phoenix, AZ, 85004, USA | 04/19/2022 | Active |
| Other/ | Stephen R Winkelman | 2721 N Central Avenue, Phoenix, AZ, 85004, USA | 04/19/2022 | Active |
| Other/ | Tobias C Bridgeman | 5555 Kietzke Lane #100, Reno, NV, 89511, USA | 04/19/2022 | Active |
| Other/ | Kevin J Harte | 5555 Kietzke Lane #100, Reno, NV, 89511, USA | 04/19/2022 | Active |

[< Previous]  ...  1  [2]  [3]  ...  [Next >]  Page 1 of 3, records 1 to 5 of 15     [Go to Page]

## CURRENT SHARES

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
| | Authorized | 250,000,000 | 0.250000000000 |

**Page 1 of 1, records 1 to 1 of 1**

Number of No Par Value Shares: **300000000**

Total Authorized Capital: **362,500,000**

Filing History    Name History    Mergers/Conversions

Return to Search    Return to Results

# NAME HISTORY

## ENTITY INFORMATION

| | | | |
|---|---|---|---|
| **Entity Name:** | U-HAUL HOLDING COMPANY | **Entity Number:** | C936-1969 |
| **Entity Type:** | Domestic Corporation (78) | **Entity Status:** | Active |
| **Formation Date:** | 04/09/1969 | **NV Business ID:** | NV19691000843 |
| **Termination Date:** | Perpetual | **Annual Report Due Date:** | 4/30/2023 |

## NAME HISTORY DETAILS

| File Date | Effective Date | Filing Number | Consent Date | Name |
|---|---|---|---|---|
| 12/29/2022 | 12/29/2022 | 20222842384 | | AMERCO |

Page 1 of 1, records 1 to 1 of 1

Back    Return to Search    Return to Results