

## Business Name Search

Business Entity Names returned for:
 Name: REPWEST
 Using: Exact Words in Any Word Order
  For Active and Inactive businesses.

| New Search | Printer Friendly | | | | | 01-05-2023 10:48 |
|---|---|---|---|---|---|---|
| Record No | Entity Type | Entity Status | Registry Number | Name Status | Name | Assoc Search |

Your search returned no business entity names.

About Us | Announcements | Laws & Rules | Feedback Policy | SOS Home | Oregon Blue Book | Oregon.gov

For comments or suggestions regarding the operation of this site,
please contact : corporation.division@sos.oregon.gov

© 2023  Oregon Secretary of State.  All Rights Reserved.



Business Name Search

Business Entity Names returned for:
Name: REP WEST
Using: Exact Words in Any Word Order
For Active and Inactive businesses.

| New Search | Printer Friendly | | | | 01-05-2023 10:48 |
|---|---|---|---|---|---|

| Record No | Entity Type | Entity Status | Registry Number | Name Status | Name | Assoc Search |
|---|---|---|---|---|---|---|
| 1 | DBC | INA | 467458-81 | CUR | REP-WEST, INC. | |
| 2 | ABN | ACT | 760093-81 | CUR | WEST REP SALES | |

About Us | Announcements | Laws & Rules | Feedback
Policy | SOS Home | Oregon Blue Book | Oregon.gov

For comments or suggestions regarding the operation of this site,
please contact : corporation.division@sos.oregon.gov

© 2023  Oregon Secretary of State.  All Rights Reserved.

**EXHIBIT C**
**Page 2 of 2**