# Corporations and Charities Filing System

## BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| **Business Name:** | U-HAUL CO. OF WASHINGTON | **UBI Number:** | 600 016 802 |
| **Business Type:** | WA PROFIT CORPORATION | **Business Status:** | ACTIVE |
| **Principal Office Street Address:** | 2721 N CENTRAL AVE, PHOENIX, AZ, 85004-1127, UNITED STATES | **Principal Office Mailing Address:** | 5555 KIETZKE LANE #100, PHOENIX, PHOENIX, AZ, 85004, UNITED STATES |
| **Expiration Date:** | 03/31/2023 | **Jurisdiction:** | UNITED STATES, WASHINGTON |
| **Formation/ Registration Date:** | 03/02/1970 | **Period of Duration:** | PERPETUAL |
| **Inactive Date:** | | | |
| **Nature of Business:** | RENTAL OF TRUCKS AND TRAILERS | | |

## REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| **Registered Agent Name:** | C T CORPORATION SYSTEM | | |
| **Street Address:** | 711 CAPITOL WAY S STE 204, OLYMPIA, WA, 98501-1267, UNITED STATES | **Mailing Address:** | 711 CAPITOL WAY S STE 204, OLYMPIA, WA, 98501-1267, UNITED STATES |

**EXHIBIT D**
**Page 1 of 2**

## GOVERNORS

| Title | Governors Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | JEREMY | FRANK |
| GOVERNOR | INDIVIDUAL | | DANIEL | FLATTEN |
| GOVERNOR | INDIVIDUAL | | KYLE | MARVIN |
| GOVERNOR | INDIVIDUAL | | JASON | BERG |
| GOVERNOR | INDIVIDUAL | | EDWARD | ARENIBAS |
| GOVERNOR | INDIVIDUAL | | ANDREW | SALTZ |
| GOVERNOR | INDIVIDUAL | | WESLEY | CHADWICK |
| GOVERNOR | INDIVIDUAL | | JESSICA | BROOKS |
| GOVERNOR | INDIVIDUAL | | JASON | BROLLIAR |
| GOVERNOR | INDIVIDUAL | | KRISTINE | CAMPBELL |
| GOVERNOR | INDIVIDUAL | | TOBIAS | BRIDGEMAN |
| GOVERNOR | INDIVIDUAL | | KEVIN | HARTE |

Back        Filing History        Name History        Print        Return to Business Search