James T. McDermott, OSB No. 933594
jmcdermott@mwcc.law
Gabriel M. Weaver, OSB No. 125970
gweaver@mwcc.law
Ciaran P.A. Connelly, OSB No. 116761
cconnelly@mwcc.law
MCDERMOTT WEAVER
  CONNELLY CLIFFORD LLP
1000 SW Broadway, Suite 960
Portland, OR 97205
Telephone: (503) 208-6848
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MARY RICHARDS, in her capacity as Personal Representative for the Estate of JEFFERY FERRIS, deceased, and in her capacity as Guardian Ad Litem for CAMERON FERRIS, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>U-HAUL INTERNATIONAL, INC., a foreign corporation, AMERCO, a foreign corporation, REPWEST INSURANCE CO., a foreign corporation, U-HAUL CO. OF OREGON, a domestic corporation, and U-HAUL CO. OF WASHINGTON, a domestic corporation,<br><br>Defendants. | Case No.: 3:23-cv-00062-HZ<br><br>(Multnomah County Circuit Court Case No. 22CV32560)<br><br>**DEFENDANT AMERCO'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Procedure 7.1 and Local Civil Rule 7.1-1, Defendant

AMERCO n/k/a U-Haul Holding Company ("UH-Holding") states that it is a publicly traded

Nevada corporation with its principal place of business in Arizona. No publicly traded

corporation owns more than 10% of UH-Holding's stock.

DATED: January 14, 2023

MCDERMOTT WEAVER
CONNELLY CLIFFORD LLP

By: s/  Ciaran P.A. Connelly
    James T. McDermott, OSB No. 933594
    jmcdermott@mwcc.law
    Gabriel M. Weaver, OSB No. 125970
    gweaver@mwcc.law
    Ciaran P.A. Connelly, OSB No. 116761
    cconnelly@mwcc.law
    1000 SW Broadway, Suite 960
    Portland, OR 97205
    Telephone: (503) 208-6848

    *Attorneys for Defendants*

<center>**CERTIFICATE OF SERVICE**</center>

I hereby certify that I served a true and correct copy of the foregoing document on the

persons and parties listed below by the method(s) indicated:

| | | |
|---|---|---|
| Travis Eiva, OSB 052440<br>travis@eivalaw.com<br>EIVA LAW<br>1165 Pearl Street<br>Eugene, OR 97401 | ☒ | First-class mail, postage prepaid |
| | ☐ | Hand-delivery |
| | ☐ | Overnight Courier, delivery prepaid |
| *Attorneys for Plaintiff* | ☒ | Email copy, as a courtesy only |
| | ☒ | Electronic Service, by the Court's CM/ECF System |
| | ☐ | Other: _____ |

DATED: January 14, 2023

<div style="margin-left: 40%;">

MCDERMOTT WEAVER
CONNELLY CLIFFORD LLP

By: s/  Ciaran P.A. Connelly
    James T. McDermott, OSB No. 933594
    jmcdermott@mwcc.law
    Gabriel M. Weaver, OSB No. 125970
    gweaver@mwcc.law
    Ciaran P.A. Connelly, OSB No. 116761
    cconnelly@mwcc.law
    MCDERMOTT WEAVER
     CONNELLY CLIFFORD LLP
    1000 SW Broadway, Suite 960
    Portland, OR 97205
    Telephone: (503) 208-6848

*Attorneys for Defendants*

</div>