Travis Eiva, OSB No. 052440
travis@eivalaw.com
Eiva Law
1165 Pearl Street
Eugene, OR 97401
(541) 636-7480

Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| MARY RICHARDS, in her capacity as Personal Representative for the Estate of JEFFERY FERRIS, deceased, and in her capacity as Guardian Ad Litem for CAMERON FERRIS, a minor,<br><br>            Plaintiffs,<br>   v.<br><br>U-HAUL INTERNATIONAL, INC., a foreign corporation, AMERCO, a foreign corporation, REPWEST INSURANCE CO., a foreign corporation, U-HAUL CO. OF OREGON, a domestic corporation, and U-HAUL CO. OF WASHINGTON, a domestic corporation,<br><br>            Defendants. | Case No. 3:23-cv-00062-HZ<br><br>**JUDGMENT OF DISMISSAL** |

    THIS MATTER came before the court on the Stipulation of the parties, that the claims of Plaintiff in this case be dismissed with prejudice and without costs to Plaintiff or Defendants.

DATE:_____                    _____
                                                                                                CLERK OF COURT

Page 1 –JUDGMENT OF DISMISSAL